1  LAW OFFICES OF RICHARD PACHTER
   Richard Pachter (SBN 120069)
2  400 Capitol Mall, Suite 1610
   Sacramento, CA  95814
3  Telephone: (916) 485-1617
   Facsimile:  (916) 244-0529
4  richard@pachterlaw.com  (e-mail)

5

6  Attorneys for Defendants EXPRESS SCRIPTS, INC.
   and EXPRESS SCRIPTS SERVICES COMPANY

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  EDWARD ENGQUIST, individually, and on behalf of all other members of the general public similarly situated,<br><br>12              Plaintiffs,<br><br>13        vs.<br><br>14  EXPRESS SCRIPTS, INC. a Delaware Corporation; EXPRESS SCRIPTS SERVICES COMPANY, a Delaware Corporation<br><br>17              Defendants. | CASE NO. 2:13-cv-00601-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL SCHEDULING CONFERENCE** |

18
19     Whereas, a Pretrial Scheduling Conference has been set for June 10, 2013 at 9:00

20  a.m. before Judge Burrell in Courtroom 10 of the above-entitled Court;

21     Whereas, lead counsel for defendants Express Scripts Inc. ("ESI") and Express

22  Scripts Services Company ("ESSC") has a previously-scheduled hearing in the Circuit Court

23  of Saint Louis County, Missouri on June 10, 2013;

24     It Is Hereby Stipulated between plaintiff Edward Engquist, and defendants ESI and

25  ESSC, by and through their respective attorneys, that the Pretrial Scheduling Conference now

26  set for June 10, 2013 at 9:00 a.m. be continued to June 24, 2013 at 9:00 a.m.

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL SCHEDULING CONFERENCE
CASE NO. 2:13-cv-00601-GEB-AC

Dated: May 8, 2013

By: */s/ Richard Pachter*
Richard Pachter (SBN 120069)
Law Offices of Richard Pachter
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone:   (916) 485-1617
Facsimile:    (916) 244-0529
Email:          richard@pachterlaw.com

*Attorney for Defendants Express Scripts, Inc. and Express Scripts Services Company*

By: */s/ Joshua Carlon (as authorized on May 8, 2013)*
Miriam L. Schimmel (SBN 185089)
Katherine DenBleyker (SBN 257187)
Joshua Carlon (SBN 263838)
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396
Email:
 Miriam.Schimmel@capstonelawyers.com
 Katherine.DenBleyker@capstonelawyers.com
 Joshua.Carlon@capstonelawyers.com

*Attorney for Plaintiff Edward Engquist*

### ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties. The Pretrial Scheduling Conference is hereby continued to June 24, 2013 at 9:00 a.m.

**Date: 5/8/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL SCHEDULING CONFERENCE
CASE NO. 2:13-cv-00601-GEB-AC