IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ENGQUIST, individually, and on behalf of all other members of the general public similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>EXPRESS SCRIPTS, INC., a Delaware corporation; EXPRESS SCRIPTS SERVICES COMPANY, a Delaware corporation,<br><br>                    Defendants. | 2:13-cv-00601-GEB-AC<br><br><u>ORDER</u> |

Plaintiff Edward Engquist's proposed briefing schedule in the Joint Status Report filed June 10, 2013 ("JSR"), concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than December 20, 2013, which shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

///
///
///
///

1

         Further, the Status (Pretrial Scheduling) Conference set for June 24, 2013, is continued to March 3, 2014, at 9:00 a.m.  A **JOINT** status report shall be filed no later than fourteen (14) days prior to the status conference.

         IT IS SO ORDERED.

Dated:  June 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge