1
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
2
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
3
Capstone Law APC
1840 Century Park East, Suite 450
4
Los Angeles, California 90067
Telephone:   (310) 556-4811
5
Facsimile:   (310) 943-0396

6
Attorneys for Plaintiff Edward Engquist

7

HUSCH BLACKWELL, LLP
8
Christopher Smith (admitted *pro hac vice*)
190 Carondelet Plaza, Suite 600
9
Saint Louis, MO 63105
Telephone: (314) 480-1500
10
Facsimile:  (314) 480-1505
Email: Chris.Smith@huschblackwell.com

11
Attorneys for Defendants Express Scripts, Inc. and
12
Express Scripts Services Company

13
UNITED STATES DISTRICT COURT

14
EASTERN DISTRICT OF CALIFORNIA

15

16
EDWARD ENGQUIST, individually, and on behalf of all other members of
17
the general public similarly situated,

18
Plaintiff,

19
vs.

20

21
EXPRESS SCRIPTS, INC., a Delaware corporation; EXPRESS
22
SCRIPTS SERVICES COMPANY, a Delaware corporation,

23
Defendants.

24

25

26

27

28

Case No.:  2:13−CV−00601−GEB−AC

**CLASS ACTION**

[Assigned to: Hon. Garland E. Burrell, Jr.]

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P  41(a)(1)**

[Filed Concurrently With the Declaration of Tarek H. Zohdy and [Proposed] Order]

1    **WHEREAS**, Plaintiff Edward Engquist ("Plaintiff") filed a Class Action

2    Complaint in this Court on March 26, 2013, on behalf of himself and others

3    similarly situated against Defendants Express Scripts, Inc. and Express Scripts

4    Services Company (collectively referred to as "Defendants"), Case No.

5    2:13−CV−00601−GEB−AC;

6    **WHEREAS**, Plaintiff's operative Complaint alleges that Defendants

7    knowingly and/or wilfully contacted Plaintiff and class members on their cellular

8    telephones without prior express consent in violation of the Telephone Consumer

9    Protection Act (47 U.S.C. § 227 *et seq.*)("the Action");

10   **WHEREAS**, since the filing of Plaintiff's Complaint, Plaintiff and

11   Defendants (collectively "the Parties") have exchanged Initial Disclosures, have

12   conducted both formal discovery and informal exchanges of information and

13   have met and conferred regarding the claims at issue in the Action;

14   **WHEREAS**, Rule 41(a) of the Federal Rules of Civil Procedure permits

15   Plaintiff to voluntarily dismiss the Action without prejudice;

16   **WHEREAS**, there has been no determination of the merits of any of the

17   claims or remedies alleged in the Action;

18   **WHEREAS**, a dismissal of the Action, without prejudice, results in no

19   prejudice to the putative class because there has been no notice sent to the

20   putative class and a class has not yet been certified.  Putative class members

21   have, accordingly, not relied on this lawsuit and have suffered no prejudice as to

22   any of their rights or remedies in this lawsuit;

23   **WHEREAS**, based on the above, Plaintiff does not believe that notice

24   needs to be sent to the putative class, and requests dismissal without prejudice as

25   to the class claims; and

26   //

27   //

28   //

**Case No**.:  2:13-CV-00601-GEB-AC          Page 1

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)**

1    **WHEREAS**, Plaintiff and Defendants shall bear their own costs and

2  attorneys' fees in connection with the dismissal of the Action.

3

4    **IT IS THEREFORE STIPULATED AND AGREED** that:  pursuant to Federal

5  Rule of Civil Procedure Rule 41(a), the Action is **DISMISSED WITHOUT**

6  **PREJUDICE** as to the class claims and with prejudice to Plaintiff's individual

7  claims, with Plaintiff and Defendants each to bear their own costs and attorneys'

8  fees in conjunction with the Action.

9

10  Dated:        November 25, 2013        Respectfully submitted,

11                                         Capstone Law APC

12

13                                         By: /s/ Tarek H. Zohdy
                                               Tarek H. Zohdy
14
                                           Attorneys for Plaintiff Edward Engquist
15

16

17  Dated:        November 25, 2013        Respectfully submitted,

18                                         HUSCH BLACKWELL, LLP

19

20                                         By: /s/ Christopher Smith (as authorized on
                                           November 14, 2013)
21                                             Christopher Smith

22                                         Attorneys for Defendants Express
                                           Scripts, Inc. and Express Scripts Services
23                                         Company

24

25

26

27

28

**Case No**.:  2:13-CV-00601-GEB-AC

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)**